**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Select Specialty Houston- Houston, L.P., Select Specialty Hospital-
                           Houston Medical Center SSH Houston Medical Center v. Lynella Hart

Appellate case number:     01-13-00107-CV

Trial court case number:   2012-29089

Trial court:               151st District Court of Harris County

On July 23, 2014, Appellants filed their Unopposed Motion to Abate Appeal for Parties to Finalize Settlement Agreement. The motion is **GRANTED**. This appeal is abated for 30 days from the date of this order, unless a motion to dismiss is filed before that date. At the expiration of 30 days, if no agreed motion to dismiss is filed, or if appellants have no brief on file, this appeal may be dismissed for want of prosecution.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                         X  Acting individually     ☐ Acting for the Court

Date:  August 12, 2014